IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| CHICAGOLAND-QUAD CITIES EXPRESS, INC., | ) ) ) | Case No. 09-26160 |
|  | ) | Judge John H. Squires |
| Debtor. | ) |  |

## NOTICE OF MOTION

To:  Gretchen Silver, Esq.               Timothy C. Reuter, Esq.
     Office of the United States Trustee  Central States Law Department
     219 S. Dearborn Street, Suite 873    9377 West Higgins Road
     Chicago, IL 60604                    Rosemont, IL 60018
     gretchen.silver@usdoj.gov            treuter@centralstates.org

     Robert Nachman, Esq.                 See attached Service List
     Dykema
     10 S. Wacker Drive, Suite 2300
     Chicago, IL 60606
     rnachman@dykema.com

**PLEASE TAKE NOTICE** that on November 30, 2010, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Squires, or any judge sitting in his stead, in Courtroom 680 of the Dirksen Federal Building, 219 South Dearborn, Chicago, IL, and there and then present **Reorganized Debtor's Motion For Entry Of Final Decree**, a copy of which is hereby served on you.

                              CHICAGOLAND-QUAD CITIES EXPRESS,
                              INC.

                              By:    /s/ Michael D. Lee
                                    One of its attorneys

David M. Giangrossi (ARDC No. 3124350)
Michael D. Lee (ARDC No. 6225432)
Schuyler, Roche & Crisham, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
(312) 565-2400
(312) 565-8300 fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of the foregoing **Notice of Motion** and **Reorganized Debtor's Motion For Entry Of Final Decree** to be served on the persons to whom it is directed by (a) service through the Court's ECF system or (b) by depositing a copy of same in the United States mail at the Prudential Building, Chicago, Illinois, before 5:00 p.m. on November 15, 2010.

/s/ Michael D. Lee

# SERVICE LIST

HARLAND
P.O. BOX 93038
CHICAGO, IL 60673

NICOR
PO BOX 0632
AURORA, IL 60507

LOCAL 781 HEALTH &
WELFARE
135 S LASALLE ST - DEPT 1893
CHICAGO, IL 60674

CENTRAL STATES PENSION
PO BOX 10291
PALATINE, IL 60055

AMERICAN EXPRESS
C/O BECKET AND LEE
P.O. BOX 3001
MALVERN, PA 19355

CADRE
8309 MELROSE DRIVE
LENEXA, KS 66214

FERRELL GAS
PO BOX 173940
DENVER, CO 80217

S & K SECURITY CORP
PO BOX 789
BEECHER, IL 60401

M & M PALLETS
16861 S. VINCENNES AVE
SOUTH HOLLAND, IL 60473

SONLITE SERVICES
P.O. BOX 2121
BRIDGEVIEW, IL 60455

ATLAS MATERIAL
5050 N RIVER ROAD
SCHILLER PARK, IL 60176

COM ED
PO BOX 6111
CAROL STREAM, IL 60197

ROYAL OAKS
7322 W 90TH STREET
BRIDGEVIEW, IL 60455

STAPLES
PO BOX 83689
CHICAGO, IL 60698

TJG ENTERPRISES
12004 S CENTRAL
ALSIP, IL 60803

TAPE PRODUCTS
PO BOX 641510
CINCINNATI, OH 45264

FIRST ACCESS MATERIAL
5050 N RIVER ROAD
SCHILLER PARK, IL 60176

CITY SUPPLY
1528 S CHESTERFIELD
ARLINGTON HTS, IL 60005

UPS
C/O RMS BANKRUPTCY RECOVERY
P.O. BOX 4396
TIMONIUM, MD 21094

COMPUTER RESCUE
7328 W. 86TH STREET
BRIDGEVIEW, IL 60455

CONWAY FREIGHT, INC.
C/O RMS BANKRUPTCY RECOVERY SERVICE
P.O. BOX 5126
TIMONIUM, MD 21091

TIN, INC.
C/O DANNY McDONALD, LEGAL DEPT.
1300 S. MOPAC EXPRESSWAY, 3RD FL.
AUSTIN, TX 78746

LOCAL 781 H AND W FUND
ASHER, GITTNER, GREENFIELD & D'ALBA
200 W. JACKSON BLVD., SUITE 1900
CHICAGO, IL 60606

ROBERT GREENBERG
LOCAL 781 WAREHOUSEMEN
200 W. JACKSON BLVD., SUITE 1900
CHICAGO, IL 60606

CENTER POINT ENERGY
C/O MICHAEL WEISS
P.O. BOX 1166
NORTHBROOK, IL 60065

AVAYA, INC.
C/O RMS BANKRUPTCY RECOVERY
P.O. BOX 5126
TIMONIUM, MD 21094

KOMEMATIC, INC.
751 EXPRESSWAY DR.
ITASCA, IL 60143

G.E. CAPITAL
1010 THOMAS EDISON BLVD., SW
CEDAR RAPIDS, IA 52404

KEY EQUIPMENT FINANCE, INC.
1000 S. McCASLIN BLVD.
SUPERIOR, CO 80027

FED EX
3965 AIRWAYS BLVD
MODULE G – 3RD FL.
MEMPHIS, TN 38116

SPRINT-BK DEPT.
P.O. BOX 7949
OVERLAND, KS 66207

CENTRAL STATES H&W
P.O. BOX 5108
DES PLAINS, IL 60017

FED EX
P.O. BOX 840
HARRISON, AR 72602

FIRST ACCESS MATERIAL
5050 N RIVER ROAD
SCHILLER PARK, IL 60176

73rd STREET SPRINKLER
4749 W. 136TH STREET
CRESTWOOD, IL 60445

AMERICAN FLANGE
P.O. BOX 88904
CHICAGO, IL 60695

AT&T
P.O. BOX 8100
AURORA, IL 60507

CHICAGO OFFICE PRODUCTS
9710 INDUSTRIAL DRIVE
BRIDGEVIEW, IL 60455

CHICAGOLAND LOGISITICS
2505 COLLEGE ROAD
DOWNERS GROVE, IL 60516

CHICAGO TIRE
16001 S. VAN DRUNEN ROAD
SOUTH HOLLAND, IL 60473

COLUMBIA CITY FREIGHT
3227 W. COLISEAUM BLVD.
FT. WAYNE, IN 46808

CORPORATE DISTRIBUTION
P.O. BOX 780
EAST SANDWICH, MA 02537

CORRELL
9655 S. 78TH AVE.
HICKORY HILLS, IL 60457

CYBOR FIRE
5123 THATCHER ROAD
DOWNERS GROVE, IL 60615

DOOR SYSTEMS
751 EXPRESSWAY DRIVE
ITASCA, IL 60143

DUO TRUCKING
P.O. BOX 87138
CAROL STREAM, IL 60188

| | |
|---|---|
| ELGIN CORRUGATED<br>824 RAYMOND STREET<br>ELGIN, IL 60120 | ESP TWO WAY RADIO<br>P.O. BOX 61<br>BROOKFIELD, IL 60514 |
| FEDERAL TYPEWRITER<br>P.O. BOX 161<br>WILLOW SPRINGS, IL 60480 | FLEET EQUIPMENT CENTER<br>555 E. SOUTH FRONTAGE ROAD<br>BOLINGBROOK, IL 60440 |
| GUARDIAN LIFE<br>2300 EAST CAPITOL DRIVE<br>APPLETON, WI 54911 | G&W PACKAGING PRODUCT<br>4611 W. 136TH STREET<br>CRESTWOOD, IL 60445 |
| ILL COMMUNICATIONS<br>2657 W 87TH STREET<br>EVERGREEN PARK, IL 60642 | IMPRINT ENTERPRISES<br>75 REMINTTANCE DRIVE, SUITE 1212<br>CHICAGO, IL 60675 |
| INTL EXTERMINATOR<br>100 LIVELY PLACE<br>ELK GROVE VILLAGE, IL 60007 | KBM EQUIPMENT<br>7715 W. 88TH STREET<br>BRIDGEVIEW, IL 60455 |
| LABLEMASTER<br>P.O. BOX 46402<br>CHICAGO, IL 60646 | LAND AND LAKES<br>21900 S. CENTRAL AVE.<br>MATTESON, IL 60443 |
| LEASE CONSULTANTS CORPORATION<br>P.O. BOX 71397<br>DES MOINES, IA 50325 | MASTERED CERAMICS<br>5820 LYNWOOD DRIVE<br>OAK LAWN, IL 60453 |
| MCI<br>P.O. BOX 9644<br>MISSION HILLS, CA 91346 | NEOPOST, INC.<br>P.O. BOX 45822<br>SAN FRANCISCO, CA 94145 |

NEXTIME
1147 N. GROVE AVE.
OAK PARK, IL 60302

NFPA
P.O. BOX 9689
MANCHESTER, NH 03108

OSCO FUEL
P.O. BOX 70
LEMONT, IL 60439

ACCURATE PRINTING
4749 W. 136TH STREET
CRESTWOOD, IL 60445

PROVEN BUSINESS
18450 CROSSING DRIVE,
SUITE D
TINLEY PARK, IL 60477

QUILL CORP. C/O RMS
4836 BRECKSVILLE ROAD
RICHFIELD, OH 44286

REDMON
7715 S 78TH AVE.
BRIDGEVIEW, IL 60455

RK MAINTENANCE
17310 QUEEN ELIZABETH
LANE
TINLEY PARK, IL 60477

SAF T GARD
135 S. LASALLE
CHICAGO, IL 60674

SEARS AND ANDERSON
245 ERIC DRIVE
PALATINE, IL 60067

SKYLINE SALES
150 HOUSTON STREET
BATAVIA, IL 60510

SUBURBAN OFFICE
443 N. WESTMORE AVE.
VILLA PARK, IL 60181

SYSTEMS EQUIPMENT
4314 W. 166TH ST.
OAK FOREST, IL 60452

TENNANT
P.O. BOX 71414
CHICAGOL, IL 60694

TRI-STATE
8040 S. ROBERTS ROAD
BRIDGEVIEW, IL 60455

T&S TRAILER REPAIR
3025 EAST END AVE.
SOUTH CHICAGO HEIGHTS,
IL 60411

WEISS, SUGAR, DVORAK & DUSEK
20 N. WACKER DR. SUITE 2250
CHICAGO, IL 60606

CHICAGO TRUCK DRIVER HELPERS & WAREHOUSE WORKERS UNION
6648 S. NARRAGANSETT AVE.
BEDFORD PARK, IL 60638

SHARI KOLEFF
2525 COLLEGE ROAD
DOWNERS GROVE, IL 60516

DONNA L. STRAUSER
2505 COLLEGE ROAD
DOWNERS GROVE, IL 60516

TERRI ANN WINTERMUTE
3 PLAYER COURT
BOLINGBROOK, IL 60490

DOTTIE VAVRICK
4685 COUNTRY MANOR DRIVE
SARASOTA, FL 34233

MERRI JO GILLETTE
REGIONAL DIRECTOR
SECURITIES EXCHANGE AND COMMISSION
175 W. JACKSON BOULEVARD
SUITE 900
CHICAGO, IL 60604

DEVISEES AND LEGATEES OF JAMES VAVRIK
DOTTIE VAVRIK FOR THE JAMES R. VAVRIK ESTATE
4685 COUNTRY MANOR DRIVE
SARASOTA, FL 34223

CAROL STRAUSER,
EXECUTOR OF THOMAS R. STRAUSER CALIFORNIA ESTATE
2583 GREENVALE LANE
SANTA ROSA, CA 95401

TERRI ANN WINTERMUTE,
AS TRUSTEE OF THE THOMAS R. STRAUSER TRUST
3 PLAYER COURT
BOLINGBROOK, IL 60490

GARY DIGRAZIA
7715 SOUTH 78TH AVENUE
BUILDING FIVE
BRIDGEVIEW, IL 60455

PROLOGIS, INC.
C./O ROBERT NACHMAN, ESQ.
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

745042_1                                              8

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| Chicagoland-Quad Cities Express, Inc., ) | |
| ) | Case No. 09-26160 |
| Reorganized Debtor. ) | |
| ) | Judge Squires |

## MOTION FOR ENTRY OF FINAL DECREE

Reorganized Debtor Chicagoland-Quad Cities Express, Inc. ("Chicagoland"), by its attorneys, respectfully moves this Court for the entry of a final decree order. In support of this motion, Chicagoland states as follows:

1. On July 20, 2009, Chicagoland filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Chicagoland is an Illinois corporation with its principal place of business in Bridgeview, Illinois.

3. On September 2, 2010, this Court entered an Order confirming Chicagoland's Amended Plan of Reorganization [Docket No. 151].

4. Chicagoland has made its initial distributions as required under the Amended Plan. See Distribution Report attached as Exhibit A.

5. There are no further matters for this Court to administer.

2

WHEREFORE, Reorganized Debtor Chicagoland-Quad Cities Express, Inc. prays as follows:

    A.    That this Court enter a final decree order; and

    B.    For such other and further relief as this Court deems just and proper.

Dated: November 15, 2010    CHICAGOLAND-QUAD CITIES EXPRESS, INC.

    By:   /s/ Michael D. Lee
           One of its attorneys

David M. Giangrossi (ARDC No. 3124350)
Michael D. Lee (ARDC No. 6225432)
Schuyler, Roche & Crisham, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
(312) 565-2400
(312) 565-8300 fax

744905_1    2