UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-26160 |
| Chicagoland-Quad Cities Express, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable John H. Squires |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE**

This cause coming to be heard for status on and Chicagoland's Motion for Entry of Final Decree, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. Chicagoland-Quad Cities Express, Inc. is released from all of its dischargeable debts and liabilities; and

2. This case is closed.

Enter: /s/ John H. Squires

Honorable John H. Squires
United States Bankruptcy Judge

Dated: NOV 30 2010

**Prepared by counsel of Movant:**

David M. Giangrossi (3124350)
Michael D. Lee (6225432)
Schuyler, Roche & Crisham, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Street
Chicago, IL 60601
(312) 565-2400
(312) 565-8300 fax

Rev: 20101008_bko